■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [736 NYS2d 271] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrero, J.), rendered December 5, 2000, convicting him of attempted criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The decision whether to permit the withdrawal of a plea of guilty rests within the sound discretion of the Supreme Court (*see, People v Ramsingh,* 267 AD2d 406). The Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw his plea (*see, People v Garcia,* 92 NY2d 869; *People v Marzocco,* 278 AD2d 515; *People v Eschenberg,* 275 AD2d 719). Santucci, J.P., Goldstein, Luciano, Schmidt and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UMAR SAPP, Appellant. [736 NYS2d 272] —Appeal by the defendant from a judgment of the County Court, Putnam County (Miller, J.), rendered November 15, 2000, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, Acting P.J., Feuerstein, Friedmann, Goldstein and Crane, JJ., concur.